1

2

3

4

5

**NOT FOR CITATION**

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10

**United States District Court**
For the Northern District of California

11

ELAINE L. CHAO, Secretary of
Labor, U.S. Department of Labor,

12

            Plaintiff,                                  No. C 04-04949 PJH

13

      v.                                          **ORDER GRANTING IN PART AND
                                                    DENYING IN PART PLAINTIFF'S**

14

LAWRENCE J. MAZZOLA, et al.,                        **MOTION TO STRIKE AFFIRMATIVE
                                                    DEFENSES**

15

            Defendant.

16

_____/

17

      On May 11, 2005, the court heard argument in the motion of plaintiff Elaine L. Chao,

18

Secretary of the U.S. Department of Labor, for an order striking defendants' 3rd through 13th,

19

15th ,16th, and 18th through 22nd affirmative defenses; striking the 23rd and 24th affirmative

20

defenses asserted by the defendant ERISA Plan Trustees and defendant ERISA Plans; and

21

striking the 23rd and 24th affirmative defenses asserted by defendant U.A. Local 38 of the

22

United Association of Journeymen Apprentices of the Plumbing and Pipefitting Industry and

23

defendant Local 38 Lakeside Haven, Inc.  Having read the parties' papers and carefully

24

considered their arguments, and the relevant legal authority, and good cause appearing, the

25

court hereby rules as follows.

26

      The motion is GRANTED as to the 18th affirmative defense of presumption of

27

prudence, the 20th affirmative defense of discretionary conduct, and the 21st affirmative

28

defense of reasonable cause, because the Secretary asserts, and defendants have

conceded, that these are evidentiary standards, not affirmative defenses.

The motion is DENIED as to the remaining affirmative defenses.  In general, the court finds that the arguments raised by the Secretary are premature, and would more properly be presented in a motion for summary judgment, after the parties have engaged in discovery. The court finds that the Secretary will not be prejudiced by a denial of the motion to strike at this stage of the litigation.

**IT IS SO ORDERED.**

Dated: May 11, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court

For the Northern District of California

2