1
2
3
4
5                         UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8
9
10
11   ELAINE L. CHAO,
12            Plaintiff,                           No. C 04-4949 PJH
13       v.                                        **ORDER OF REFERENCE
                                                   TO MAGISTRATE JUDGE**
14   LAWRENCE J. MAZZOLA, et al.,
15            Defendants.
     _____/
16
        Pursuant to Local Rule 72-1, this matter is referred for assignment to a Magistrate
17
     Judge for resolution of all discovery disputes.
18
19
     **IT IS SO ORDERED.**
20
     Dated:  August 26, 2005
21
22   _____
     PHYLLIS J. HAMILTON
23   United States District Judge
24
25
26
27
28

1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                             NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11   ELAINE L. CHAO,

12              Plaintiff,                          No. C 04-4949 PJH

13         v.                                       **ORDER OF REFERENCE
                                                    TO MAGISTRATE JUDGE**
14   LAWRENCE J. MAZZOLA, et al.,

15              Defendants.
     _____/

16
            Pursuant to Local Rule 72-1, this matter is referred for assignment to a Magistrate

17
     Judge for resolution of all discovery disputes.

18

19
     **IT IS SO ORDERED.**

20
     Dated:  August 26, 2005

21

22                                                  _____
                                                    PHYLLIS J. HAMILTON
23                                                  United States District Judge

24

25

26

27

28

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7
8
9
10
11   ELAINE L. CHAO,
12              Plaintiff,                    No. C 04-4949 PJH
13        v.                                  **ORDER OF REFERENCE
                                              TO MAGISTRATE JUDGE**
14   LAWRENCE J. MAZZOLA, et al.,
15              Defendants.
     _____/
16
          Pursuant to Local Rule 72-1, this matter is referred for assignment to a Magistrate
17
     Judge for resolution of all discovery disputes.
18
19
     **IT IS SO ORDERED.**
20
     Dated:  August 26, 2005
21
22                                           _____
                                             PHYLLIS J. HAMILTON
23                                           United States District Judge
24
25
26
27
28

1
2
3
4
5                        UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7
8
9
10
11   ELAINE L. CHAO,

12              Plaintiff,                    No. C 04-4949 PJH

13         v.                                 **ORDER OF REFERENCE
                                              TO MAGISTRATE JUDGE**
14   LAWRENCE J. MAZZOLA, et al.,

15              Defendants.
     _____/
16
          Pursuant to Local Rule 72-1, this matter is referred for assignment to a Magistrate
17
     Judge for resolution of all discovery disputes.
18
19
     **IT IS SO ORDERED.**
20
     Dated:  August 26, 2005
21
22                                           _____
                                             PHYLLIS J. HAMILTON
23                                           United States District Judge
24
25
26
27
28

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11   ELAINE L. CHAO,

12            Plaintiff,                          No. C 04-4949 PJH

13        v.                                  **ORDER OF REFERENCE**
                                              **TO MAGISTRATE JUDGE**
14   LAWRENCE J. MAZZOLA, et al.,

15            Defendants.
     _____/

16
          Pursuant to Local Rule 72-1, this matter is referred for assignment to a Magistrate
17
     Judge for resolution of all discovery disputes.
18

19
     **IT IS SO ORDERED.**
20
     Dated:  August 26, 2005
21

22
     _____
23   PHYLLIS J. HAMILTON
     United States District Judge
24

25

26

27

28

1
2
3
4
5                         UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7
8
9
10
11   ELAINE L. CHAO,

12            Plaintiff,                      No. C 04-4949 PJH

13       v.                                  **ORDER OF REFERENCE
                                             TO MAGISTRATE JUDGE**
14   LAWRENCE J. MAZZOLA, et al.,

15            Defendants.
     _____/
16
         Pursuant to Local Rule 72-1, this matter is referred for assignment to a Magistrate
17
     Judge for resolution of all discovery disputes.
18

19
     **IT IS SO ORDERED.**
20
     Dated:  August 26, 2005
21

22                                           _____
                                             PHYLLIS J. HAMILTON
23                                           United States District Judge

24
25
26
27
28