UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAINE CHAO,

    Plaintiff(s),                              No. C 04-4949 PJH

    v.                                       **ORDER**

LAWRENCE MAZZOLA, et al.,

    Defendant(s).

_____/

    The joint request of the parties to continue certain pretrial deadlines in view of their ongoing settlement negotiations is GRANTED. The parties may submit a stipulation setting forth revised discovery deadlines and a dispositive motions deadline of **no later than January 10, 2007**. **The trial date of May 7, 2007 remains unchanged**.

    **IT IS SO ORDERED.**

Dated: February 22, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge