WAYNE R. BERRY, Senior Trial Attorney, DC BN 429661
PETER B. DOLAN, Senior Trial Attorney, IL BN 0065 0285
CATHERN H. SMITH, Trial Attorney, DC BN 475586
MEGAN GUENTHER, Trial Attorney, MD Bar (numbers not used)
Office of the Solicitor, Plan Benefits Security Division
United States Department of Labor
200 Constitution Avenue, N.W., Room N-4611
Washington, D.C. 20210
Telephone: (202) 693-5600, Facsimile: (202) 693-5610
berry.wayne@dol.gov, (202) 693-5585
dolan.peter@dol.gov, (202) 693-5612
smith.cathern@dol.gov, (202) 693-5625
guenther.megan@dol.gov, (202) 693-5586

Attorneys for Plaintiff ELAINE L. CHAO
Secretary of Labor, United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE J. MAZZOLA, et al., <br><br> Defendants. | Civil Case No. C 04-4949 PJH (EMC) <br><br> **MOTION TO WITHDRAW THE SECRETARY'S JUNE 7, 2006 EXPEDITED MOTION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER** <br><br> Date: Submitted on the Papers <br> Time: <br> Court: Courtroom C, 15th Floor <br><br> **Magistrate Judge Edward M. Chen** |

By agreement of the parties, the Secretary hereby withdraws her June 7, 2006 Expedited Motion for Protective Order to Prevent Depositions and the associated Motion to Shorten Time.

Secretary's Motion to Withdraw the June 7, 2006 Expedited Motion for
Protective Order to Prevent Depositions and [Proposed] Order
Case No. C 04-4949 PJH (EMC)

Page 1

| | | |
|---|---|---|
| 1 | Dated: June 13, 2006 | HOWARD M. RADZELY<br>Solicitor of Labor |
| 2 | | |
| 3 | | TIMOTHY D. HAUSER<br>Associate Solicitor |
| 4 | | Plan Benefits Security Division |
| 5 | | RISA D. SANDLER |
| 6 | | Counsel for Fiduciary Litigation |

By: _____
     Attorney Signing

WAYNE R. BERRY
PETER B. DOLAN
CATHERN H. SMITH
EGAN E. GUENTHER

Attorneys for Plaintiff
ELAINE L. CHAO, Secretary of Labor
United States Department of Labor

Secretary's Motion to Withdraw the June 7, 2006 Expedited Motion for
Protective Order to Prevent Depositions and [Proposed] Order
Case No. C 04-4949 PJH (EMC)

Page 2

[~~Proposed~~] ORDER

The Court, having considered the Secretary's Motion to Withdraw the Secretary's Expedited Motion for Protective Order and the associated Motion to Shorten time (both filed on June 7, 2006) and for good cause shown, GRANTS that motion.

IT IS SO ORDERED:

Dated: _____June 14_____, 2006



IT IS SO ORDERED
Judge Edward M. Chen

Secretary's Motion to Withdraw the June 7, 2006 Expedited Motion for
Protective Order to Prevent Depositions and [Proposed] Order
Case No. C 04-4949 PJH (EMC)

Page 3

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006, a copy of the **Secretary's Motion to Withdraw the Secretary's June 7, 2006 Expedited Motion for Protective Order and [Proposed] Order** was filed electronically. Pursuant to General Order No. 45, Section IX.A, notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 13, 2006

_____
Cathern H. Smith
Trial Attorney

Secretary's Motion to Withdraw the June 7, 2006 Expedited Motion for
Protective Order to Prevent Depositions and [Proposed] Order
Case No. C 04-4949 PJH (EMC)

Page 4