| | |
|---|---|
| 1 | James P. Baker (State Bar No. 096302) |
| 2 | Katherine S. Ritchey (State Bar No. 178409)<br>Elaine Wallace (State Bar No. 197882) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 626-3939 |
| 5 | Facsimile: (415) 875-5700<br>Email: jpbaker@jonesday.com |
| 6 | Email: ksritchey@jonesday.com<br>Email: ewallace@jonesday.com |

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr;
William B. Fazande; Larry Lee; James R. Shugrue;
Vohon J. Kazarian; Tom Irvine; Robert E. Buckley;
Robert Buckley, Jr; Art Rud; Ron Fahy; Robert
Nurisso; Frank Sullivan; U.A. Local 38 Pension
Trust Fund; U.A. Local 38 Health & Welfare Trust
Fund; U.A. Local 38 Apprentice & Journeyman
Training Trust Fund; U.A. Local 38 Scholarship
Trust Fund; U.A. Local 38 Vacation and Holiday
Trust Fund; U.A. Local 38 Convalescent Trust Fund
and Richard L. Milsner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>Defendants. | **Case No. C 04 4949 PJH**<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME ON MOTION TO COMPEL** ; ORDER |

Pursuant to Civil L.R. 6-2, Defendants Lawrence J. Mazzola, Lawrence Mazzola, Jr., William B. Fazande, Larry Lee, James R. Shugrue, Vohon J. Kazarian, Tom Irvine, Robert E. Buckley, Robert Buckley, Jr., Art Rud, Ron Fahy, Robert Nurisso, Frank Sullivan, U.A. Local 38 Pension Trust Fund, U.A. Local 38 Health & Welfare Trust Fund, U.A. Local 38 Apprentice & Journeyman Training Trust Fund, U.A. Local 38 Scholarship Trust Fund, U.A. Local 38 Vacation and Holiday Trust Fund, U.A. Local 38 Convalescent Trust Fund, and Richard L. Milsner (collectively, "Defendants"), and Plaintiff Elaine Chao, Secretary of Labor, United States

1 Department of Labor ("DOL"), through their respective counsel, hereby request that the Court
2 shorten the time for briefing and hearing Defendants' Motion to Compel Production of
3 Documents and Deposition Testimony.
4     Pursuant to Civil L.R. 6-2, the reasons for the requested shortening of time are set forth
5 with particularity in the accompanying Declaration of Katherine Ritchey in Support of Stipulated
6 Request for Order Shortening Time.
7     The proposed briefing and hearing dates, as agreed to by the parties and subject to the
8 Court's availability and approval, are as follows:

9     Defendants' opening brief due:    July 21, 2006
10     Plaintiff's opposition brief due:    July 28, 2006  by 10:00 a.m.
11     Defendants' reply brief due:    August 2, 2006  by 10:00 a.m.
12     Hearing:    August 9, 2006 at ~~10:30 a.m.~~ 10:00 a.m.

13     Counsel for the parties have further agreed that, should Defendants prevail on the motion
14 to compel and further production of documents be ordered, the documents shall be produced
15 within five business days of the Court's Order.

If any parties are submitting materials under seal, chambers must receive sealed materials by the above dates and time.

16 Dated: July___, 2006
17     JONES DAY

19     By:_____
20         Katherine S. Ritchey

21 Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr;
William B. Fazande; Larry Lee; James R.
22 Shugrue; Vohon J. Kazarian; Tom Irvine;
Robert E. Buckley; Robert Buckley, Jr; Art
23 Rud; Ron Fahy; Robert Nurisso; Frank
Sullivan; U.A. Local 38 Pension Trust Fund;
24 U.A. Local 38 Health & Welfare Trust Fund;
U.A. Local 38 Apprentice & Journeyman
25 Training Trust Fund; U.A. Local 38
Scholarship Trust Fund; U.A. Local 38
26 Vacation and Holiday Trust Fund; U.A. Local
38 Convalescent Trust Fund and Richard L.
27 Milsner

28

SFI-544995v1

2

**STIPULATED REQUEST FOR ORDER
SHORTENING TIME Case No. C 04 4949 PJH**

1  Dated: July___, 2006

3                                              By:_____
                                                   Wayne Berry

4                                                  Attorney for Plaintiff Elaine L. Chao,
                                                   Secretary of Labor, United States
5                                                  Department of Labor.

7                              **[PROPOSED] ORDER**

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

11  Dated: _____jULY 24_____, 2006   _____
13                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

SFI-544995v1

                                                        **STIPULATED REQUEST FOR ORDER**
                                                        **SHORTENING TIME Case No. C 04 4949 PJH**
                              3