James P. Baker (State Bar No. 096302)
Katherine S. Ritchey (State Bar No. 178409)
Elaine Wallace (State Bar No. 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
Email: jpbaker@jonesday.com
Email: ksritchey@jonesday.com
Email: ewallace@jonesday.com

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr;
William B. Fazande; Larry Lee; James R. Shugrue;
Vohon J. Kazarian; Tom Irvine; Robert E. Buckley;
Robert Buckley, Jr; Art Rud; Ron Fahy; Robert
Nurisso; Frank Sullivan; U.A. Local 38 Pension
Trust Fund; U.A. Local 38 Health & Welfare Trust
Fund; U.A. Local 38 Apprentice & Journeyman
Training Trust Fund; U.A. Local 38 Scholarship
Trust Fund; U.A. Local 38 Vacation and Holiday
Trust Fund; U.A. Local 38 Convalescent Trust Fund
and Richard L. Milsner

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>Defendants. | Case No. C 04 4949 PJH<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL UNTIL JULY 28, 2006 PENDING SECRETARY'S COMPLIANCE WITH LR 79-5(d) |

Defendants Lawrence J. Mazzola, Lawrence Mazzola, Jr., William B. Fazande, Larry Lee, James R. Shugrue, Vohon J. Kazarian, Tom Irvine, Robert E. Buckley, Robert Buckley, Jr, Art Rud, Ron Fahy, Robert Nurisso, Frank Sullivan, U.A. Local 38 Pension Trust Fund, U.A. Local 38 Health & Welfare Trust Fund, U.A. Local 38 Apprentice & Journeyman Training Trust Fund, U.A. Local 38 Scholarship Trust Fund, U.A. Local 38 Vacation and Holiday Trust Fund, U.A. Local 38 Convalescent Trust Fund, and Richard L. Milsner (collectively, "Defendants") have

SFI-545139v1

Prop. Order Maintaining Conf. Ritchey Decl.
Under Seal Until 7/28/06 Case No. C 04 4949 PJH

1 | made an Administrative Motion to File Documents Under Seal pursuant to Local Rule 79-5(d).
2 | ~~Pending Plaintiff Elaine Chao ("Secretary") compliance with Local Rule 79-5(d)~~, the
3 | Confidential Declaration of Katherine S. Ritchey In Support of the Motion to Compel shall be
4 | maintained under seal ~~by the Court until July 28, 2006.~~

6 | Dated: July 26, 2006.

_____
United States Magistrate Judge

Prop. Order Maintaining Conf. Ritchey Decl. Under Seal Until 7/28/06

2