TIMOTHY D. HAUSER, Associate Solicitor
WAYNE R. BERRY, Senior Trial Attorney, DC BN 429661
PETER B. DOLAN, Senior Trial Attorney, IL BN 0065 0285
CATHERN H. SMITH, Trial Attorney, DC BN 475586
MEGAN GUENTHER, Trial Attorney, MD Bar (numbers not used)
Office of the Solicitor, Plan Benefits Security Division
United States Department of Labor
200 Constitution Avenue, N.W., Room N-4611
Washington, D.C. 20210
Telephone: (202) 693-5600, Facsimile: (202) 693-5610
berry.wayne.@dol.gov
dolan.peter@dol.gov
smith.cathern@dol.gov
guenther.megan@dol.gov

Attorneys for Plaintiff ELAINE L. CHAO
Secretary of Labor, United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>Defendants. | Civil Case No. C 04-4949 PJH (EMC)<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR CERTAIN DISCOVERY AND [PROPOSED] ORDER**<br><br>Date:     Submitted on<br>Time:     the Papers<br>Court:<br>**Hon. Phyllis J. Hamilton** |

On February 22, 2006, this Court granted a joint request of the parties for authority to continue certain pretrial deadlines through submission of a stipulation setting forth revised discovery deadlines (and a dispositive motions deadline) of no later than January 10, 2007.

Pursuant to that Order and Civil L.R. 6-1(b) and 16-2(d), the parties have agreed to the following extensions of discovery deadlines:

Disclosure of Experts (retained and non-retained): September 1, 2006

Expert Rebuttal: October 3, 2006

Dispositive Motions Date: January 10, 2007

All other dates remain as set by the Court's May 26, 2006 Order. The parties, hereby, request the Court's approval of these proposed extensions of time.

Dated: July 20, 2006

HOWARD M. RADZELY
Solicitor of Labor

TIMOTHY D. HAUSER
Associate Solicitor

By: /s/ Wayne R. Berry
Wayne R. Berry

Attorneys for Plaintiff
Elaine L. Chao, Secretary of Labor
United States Department of Labor

July _____, 2006.

JONES DAY

By: _____
Katherine S. Ritchey

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38

Pursuant to that Order and Civil L.R. 6-1(b) and 16-2(d), the parties have agreed to the following extensions of discovery deadlines:

Disclosure of Experts (retained and non-retained): September 1, 2006

Expert Rebuttal: October 3, 2006

Dispositive Motions Date: January 10, 2007

All other dates remain as set by the Court's May 26, 2006 Order. The parties, hereby, request the Court's approval of these proposed extensions of time.

Dated: July 20, 2006

HOWARD M. RADZELY
Solicitor of Labor

TIMOTHY D. HAUSER
Associate Solicitor

By: /s/ Wayne R. Berry
Wayne R. Berry

Attorneys for Plaintiff
Elaine L. Chao, Secretary of Labor
United States Department of Labor

July __, 2006.

JONES DAY

By: /s/ Katherine S. Ritchey
Katherine S. Ritchey

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38

| | |
|---|---|
| 1 | Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A. Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund and Richard L. Milsner |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6  July 25, 2006. | MANDELL LAW GROUP |
| 7 | |
| 8 | By: /s/ Douglas D. Mandell |
| 9 | Douglas D. Mandell |
| 10 | |
| 11 | Attorneys for Defendants Local 38, United Association of Plumbers, Pipefitters & Journeymen International and Local 38 Lakeside Haven, Inc. |

[~~Proposed~~] ORDER

The Court having considered the parties' Stipulated Request for Order Extending Certain Discovery Dates, hereby amends its January 3, 2006 and May 25, 2006 Orders as follows:

    Disclosure of Experts (retained and non-retained):  September 1, 2006

    Expert Rebuttal:  October 3, 2006

    Dispositive Motions Deadline:  January 10, 2007

IT IS SO ORDERED:

Dated: July 31, 2006

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA