# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

    v.

LAWRENCE J. MAZZOLA, et al.,

    Defendants.
_____/

No. C 04-4949 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Edward M. Chen for resolution of defendants' motion to strike rebuttal report of plaintiff's expert Suzanne R. Mellen, and the parties' request for an order shortening time for the hearing on the motion, both of which were filed in the above-entitled action on October 18, 2006.

The parties will be advised of the date, time and place of appearance by notice from Judge Chen's clerk.

**IT IS SO ORDERED.**

Dated: October 19, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge