James P. Baker (State Bar No. 096302)
Katherine S. Ritchey (State Bar No. 178409)
Elaine Wallace (State Bar No. 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: jpbaker@jonesday.com
Email: ksritchey@jonesday.com
Email: ewallace@jonesday.com

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr;
William B. Fazande; Larry Lee; James R. Shugrue;
Vohon J. Kazarian; Tom Irvine; Robert E. Buckley;
Robert Buckley, Jr; Art Rud; Ron Fahy; Robert
Nurisso; Frank Sullivan; U.A. Local 38 Pension
Trust Fund; U.A. Local 38 Health & Welfare Trust
Fund; U.A. Local 38 Apprentice & Journeyman
Training Trust Fund; U.A. Local 38 Scholarship
Trust Fund; U.A. Local 38 Vacation and Holiday
Trust Fund; U.A. Local 38 Convalescent Trust Fund
and Richard L. Milsner

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>Defendants. | Case No. C 04 4949 PJH<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME ON MOTION TO STRIKE REBUTTAL REPORT OF PLAINTIFF'S EXPERT, SUZANNE R. MELLEN; and [PROPOSED] ORDER**<br><br>Hearing Date: November 8, 2006<br>Time: ~~9:00 AM~~ 2:30 P.M.<br>Courtroom: Courtroom ~~3, 17th Floor~~ C, 15th FL.<br>Judge: Hon. ~~Phyllis J. Hamilton~~ Edward M. Chen |

1   Pursuant to Civil L.R. 6-2, Defendants Lawrence J. Mazzola, Lawrence Mazzola, Jr.,
2   William B. Fazande, Larry Lee, James R. Shugrue, Vohon J. Kazarian, Tom Irvine, Robert E.
3   Buckley, Robert Buckley, Jr., Art Rud, Ron Fahy, Robert Nurisso, Frank Sullivan, U.A. Local 38
4   Pension Trust Fund, U.A. Local 38 Health & Welfare Trust Fund, U.A. Local 38 Apprentice &
5   Journeyman Training Trust Fund, U.A. Local 38 Scholarship Trust Fund, U.A. Local 38 Vacation
6   and Holiday Trust Fund, U.A. Local 38 Convalescent Trust Fund, and Richard L. Milsner
7   (collectively, "Defendants"), and Plaintiff Elaine Chao, Secretary of Labor, United States
8   Department of Labor ("DOL"), through their respective counsel, hereby request the Court shorten
9   the time for briefing and hearing Defendants' Motion to Strike the Rebuttal Report of Plaintiff's
10  expert, Suzanne R. Mellen.

11  The parties request an expedited briefing schedule because Ms. Mellen is scheduled to be
12  deposed on November 17, 2006, which is the last day in which the parties can conduct discovery
13  pursuant to this Court's pretrial scheduling order. Defendants believe that Ms. Mellen's opinions
14  regarding the Integra Realty Resources Appraisal are improper "rebuttal" opinions, and should
15  have been presented with opening expert disclosures. Moreover, Defendants will contend in their
16  motion to strike that their ability to cross examine Ms. Mellen at deposition on her opinions has
17  been prejudiced by the late disclosure of her opinions. The DOL does not agree with these
18  assertions, but agrees that the issue should be resolved prior to Ms. Mellen's deposition so that
19  the parties can efficiently conduct Ms. Mellen's deposition. This Court's ruling on whether Ms.
20  Mellen's opinions on Defendants' motion to strike will materially affect Ms. Mellen's deposition
21  and counsels' preparation.

22  Pursuant to Civil L.R. 6-2, the reasons for the requested shortening of time are also set
23  forth with particularity in the accompanying Declaration of Katherine Ritchey in Support of
24  Stipulated Request for Order Shortening Time.

25  The proposed briefing and hearing dates, as agreed to by the parties and subject to the
26  Court's availability and approval, are as follows:

27  Defendants' opening brief due:          October 18, 2006
28  Plaintiff's opposition brief due:       October 25, 2006

STIPULATED REQUEST FOR ORDER
SHORTENING TIME Case No. C 04 4949 PJH

2

| | | |
|---|---|---|
| 1 | Defendants' reply brief due: | October 31, 2006 BY 12:00 P.M. |
| 2 | Hearing: | November 8, 2006 at ~~9 a.m.~~ 2:30 PM. before Judge Chen, Courtroom C, 15th Fl. |
| 3 | Dated: October 18, 2006 | JONES DAY |

By: /s/ - Katherine S. Ritchey
Katherine S. Ritchey

Attorneys for Defendants
Lawrence J. Mazzola et. al

Dated: October 18, 2006

By:/s/ - Peter Dolan
Peter Dolan

Attorney for Plaintiff Elaine L. Chao,
Secretary of Labor, United States
Department of Labor.

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October 20, 2006

_____
PHYLLIS J. HAMILTON
UNITED STATES ~~DISTRICT~~ COURT JUDGE

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

SFI-556126v1

3

STIPULATED REQUEST FOR ORDER
SHORTENING TIME Case No. C 04 4949 PJH