UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

    v.

LAWRENCE J. MAZZOLA, et al.,

    Defendants.
_____/

No. C 04-4949 PJH

**ORDER CONTINUING HEARING DATE**

    The hearing date for defendants' motion for partial summary judgment, previously set for Wednesday, January 3, 2007, has been CONTINUED to Wednesday, March 7, 2007. The court will also hear plaintiff's motion for summary judgment on March 7, 2007.

**IT IS SO ORDERED.**

Dated: November 29, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge