James P. Baker (State Bar No. 096302)
Katherine S. Ritchey (State Bar No. 178409)
Elaine Wallace (State Bar No. 197882)
Heather Reinschmidt (State Bar No. 217977)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr;
William B. Fazande; Larry Lee; James R. Shugrue;
Vohon J. Kazarian; Tom Irvine; Robert E. Buckley;
Robert Buckley, Jr; Art Rud; Ron Fahy; Robert
Nurisso; Frank Sullivan; U.A. Local 38 Pension
Trust Fund; U.A. Local 38 Health & Welfare Trust
Fund; U.A. Local 38 Apprentice & Journeyman
Training Trust Fund; U.A. Local 38 Scholarship
Trust Fund; U.A. Local 38 Vacation and Holiday
Trust Fund; U.A. Local 38 Convalescent Trust Fund
and Richard L. Milsner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>Defendants. | Case No. C 04 4949 PJH (EMC)<br><br>STIPULATION EXTENDING TIME TO FILE MOTION TO COMPEL REGARDING DISCOVERY RELATING TO PLAINTIFF'S EXPERT SUZANNE MELLEN AND ~~PROPOSED~~ ORDER |
|---|---|

WHEREAS, by Order dated November 8, 2006, Magistrate Judge Chen extended the close of discovery relating only to Plaintiff's Expert Suzanne Mellen until December 1, 2006;

WHEREAS, Ms. Mellen was deposed on November 28, 2006;

WHEREAS, at her deposition, Ms. Mellen testified regarding computer models, database searches, documents and other information that she relied upon in forming the opinions stated in her Rule 26 reports that had not been produced to Defendants;

1   WHEREAS, Defendants contend that this information was required to be produced by
2   Rule 26 and/or the subpoenas issued to Ms. Mellen in this action;

3   WHEREAS, Ms. Mellen is attempting to collect the information that Defendants believe
4   should have been produced in advance of the deposition, but to date has not made a complete
5   production;

6   WHEREAS, once Ms. Mellen's production is complete, Defendants' counsel will be
7   required to consult with similarly qualified experts to assess the information provided by Ms.
8   Mellen;

9   WHEREAS, without prejudice to the rights and remedies available to Defendants, the
10  parties intend to meet and confer once Defendants have had the opportunity to assess the
11  information provided by Ms. Mellen in an attempt to informally resolve this dispute;

12  WHEREAS, the parties cannot exchange and evaluate the information provided by Ms.
13  Mellen, as well as meet and confer in time to reach an informal resolution prior to the current
14  deadline to make a motion to compel, which is December 12, 2006;

15  WHEREAS, the parties and their experts have pre-planned vacations in December and
16  early January;

17  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
18  attorneys of record that Defendants Lawrence J. Mazzola, Lawrence Mazzola, Jr., William B.
19  Fazande, Larry Lee, James R. Shugrue, Vohon J. Kazarian, Tom Irvine, Robert E. Buckley,
20  Robert Buckley, Jr., Art Rud, Ron Fahy, Robert Nurisso, Richard L. Milsner; U.A. Local 38
21  Pension Trust Fund, U.A. Local 38 Health & Welfare Trust Fund, U.A. Local 38 Convalescent
22  Trust Fund, U.A. Local 38 Apprentice & Journeyman Training Trust Fund, U.A. Local 38
23  Scholarship Trust Fund, U.A. Local 38 Vacation and Holiday Trust Fund; Frank Sullivan; U.A.
24  Local 38 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe
25  Fitting Industry of the United States and Canada and U.A. Local 38 Lakeside Haven, Inc. may
26
27
28

1  have until January 19, 2007 to file a motion to compel relating solely to documents or further
2  deposition of Ms. Mellen.
3  Dated: December 11, 2006

JONES DAY

By: _____
    Katherine S. Ritchey

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr;
William B. Fazande; Larry Lee; James R.
Shugrue; Vohon J. Kazarian; Tom Irvine;
Robert E. Buckley; Robert Buckley, Jr; Art
Rud; Ron Fahy; Robert Nurisso; Frank
Sullivan; U.A. Local 38 Pension Trust Fund;
U.A. Local 38 Health & Welfare Trust Fund;
U.A. Local 38 Apprentice & Journeyman
Training Trust Fund; U.A. Local 38
Scholarship Trust Fund; U.A. Local 38
Vacation and Holiday Trust Fund; U.A. Local
38 Convalescent Trust Fund and Richard L.
Milsner

Dated: December 11, 2006

MANDELL LAW GROUP, PC

By: _____
    Douglas D. Mandell

Attorneys for Defendants U.A. Local 38 of
the United Association of Journeymen and
Apprentices of the Plumbing and Pipe Fitting
Industry of the United States and Canada and
U.A. Local 38 Lakeside Haven, Inc.

Dated: December 11, 2006

By: /s/ W. Iris Barber
W. Iris Barber

Attorney for Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor.

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 12, 2006

HONORABLE PHYLLIS J. HAMILTON
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

SFI-558236v1

STIPULATION FOR MAKING MOTION TO COMPEL
RE: PLAINTIFF'S EXPERT MELLEN—Case No. C 04
4949 PJH (EMC)