James P. Baker (State Bar No. 096302)
Katherine S. Ritchey (State Bar No. 178409)
Elaine Wallace (State Bar No. 197882)
Heather L. Reinschmidt (State Bar No. 217977)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: jpbaker@jonesday.com
Email: ksritchey@jonesday.com
Email: ewallace@jonesday.com
Email: hreinschmidt@jonesday.com

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr;
William B. Fazande; Larry Lee; James R. Shugrue;
Vohon J. Kazarian; Tom Irvine; Robert E. Buckley;
Robert Buckley, Jr; Art Rud; Ron Fahy; Robert
Nurisso; Frank Sullivan; U.A. Local 38 Pension
Trust Fund; U.A. Local 38 Health & Welfare Trust
Fund; U.A. Local 38 Apprentice & Journeyman
Training Trust Fund; U.A. Local 38 Scholarship
Trust Fund; U.A. Local 38 Vacation and Holiday
Trust Fund; U.A. Local 38 Convalescent Trust Fund
and Richard L. Milsner

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, Plaintiff, v. LAWRENCE J. MAZZOLA, et al., Defendants. | Case No. C 04 4949 PJH<br><br>**DECLARATION OF LAWRENCE J. MAZZOLA**<br><br>Judge: Hon. Phyllis J. Hamilton |

I, Lawrence J. Mazzola, declare as follows:

1. I am the Business Manager and Financial Secretary/Treasurer of the U.A. Local 38. I have held this position since 1989. The following declaration relates to information of

1. which I have personal knowledge and to which I could and would competently testify in a court of law.

2. In 2000 I became aware that the U.A. Local 38 Convalescent Trust Fund was in default on its approximately $11,600,000 loan with Imperial Bank. This note was secured by a deed of trust on the Konocti Harbor Resort & Spa and Imperial Bank had begun foreclosure proceedings. On behalf of the Convalescent Trust Fund I negotiated an agreement wherein Imperial Bank would accept $6,000,000 in full satisfaction of the outstanding loan.

3. The Convalescent Fund was unable to secure any commercial financing to satisfy the approximately $11,600,000 Imperial Bank loan for $6,000,000.

Executed on this 6th day of December, 2006 at San Francisco, California.

Lawrence J. Mazzola