James P. Baker (State Bar No. 096302)
Katherine S. Ritchey (State Bar No. 178409)
Elaine Wallace (State Bar No. 197882)
Heather Reinschmidt (State Bar No. 217977)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
Email: jpbaker@jonesday.com
Email: ksritchey@jonesday.com
Email: ewallace@jonesday.com
Email: hreinschmidt@jonesday.com

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr;
William B. Fazande; Larry Lee; James R. Shugrue;
Vohon J. Kazarian; Tom Irvine; Robert E. Buckley;
Robert Buckley, Jr; Art Rud; Ron Fahy; Robert
Nurisso; Frank Sullivan; U.A. Local 38 Pension
Trust Fund; U.A. Local 38 Health & Welfare Trust
Fund; U.A. Local 38 Apprentice & Journeyman
Training Trust Fund; U.A. Local 38 Scholarship
Trust Fund; U.A. Local 38 Vacation and Holiday
Trust Fund; U.A. Local 38 Convalescent Trust Fund
and Richard L. Milsner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>Defendants. | Case No. C 04 4949 PJH (EMC)<br><br>**DECLARATION OF RICHARD L. MILSNER IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Richard L. Milsner, declare as follows:

I am the Independent Trustee of the U.A. Local 38 Convalescent Trust Fund. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment. I make this declaration based on personal knowledge of the facts stated herein.

1. Attached hereto as Exhibit 1 is a true and correct copy of the "Asset Purchase Agreement by and between Richard L. Milsner, As Trustee of UA Local 38 Convalescent Trust and Local 38 Lakeside Haven and Kenwood Investments, LLC" (the "Purchase Agreement") dated as of November 21, 2006.

2. The Purchase Agreement is the subject of a confidentiality agreement between the buyer and sellers in the transaction and was produced subject to the terms of the Stipulated Protective Order in this litigation.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this _7_th day of February, 2007 at Walnut Creek, California.

Richard L. Milsner

SFI-560820v1

# EXHIBIT 1

| | |
|---|---|
| 1 | James P. Baker (State Bar No. 096302) |
| | Katherine S. Ritchey (State Bar No. 178409) |
| 2 | Elaine Wallace (State Bar No. 197882) |
| | Heather Reinschmidt (State Bar No. 217977) |
| 3 | JONES DAY |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 5 | Facsimile: (415) 875-5700 |
| | Email: jpbaker@jonesday.com |
| 6 | Email: ksritchey@jonesday.com |
| | Email: ewallace@jonesday.com |
| 7 | Email: hreinschmidt@jonesday.com |
| 8 | Attorneys for Defendants |
| | Lawrence J. Mazzola; Lawrence Mazzola, Jr; |
| 9 | William B. Fazande; Larry Lee; James R. Shugrue; |
| | Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; |
| 10 | Robert Buckley, Jr; Art Rud; Ron Fahy; Robert |
| | Nurisso; Frank Sullivan; U.A. Local 38 Pension |
| 11 | Fund; U.A. Local 38 Health & Welfare Trust Fund; |
| | U.A. Local 38 Apprentice & Journeyman Training |
| 12 | Trust Fund; U.A. Local 38 Scholarship Trust Fund; |
| | U.A. Local 38 Vacation and Holiday Trust Fund; |
| 13 | U.A. Local 38 Convalescent Fund and Richard L. |
| | Milsner |
| 14 | Douglas D. Mandell (State Bar No. 172627) |
| | MANDELL LAW GROUP PC |
| 15 | Three Embarcadero Center, Sixth Floor |
| | San Francisco, CA 94111 |
| 16 | Telephone: (415) 788-5000 |
| | Facsimile: (415) 723-7170 |
| 17 | Email: dmandell@mlawgroup.com |
| 18 | Attorneys for Defendants |
| | Local 38 United Association of Plumbers, |
| 19 | Pipefitters, and Journeymen International and |
| | Local 38 Lakeside Haven, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | **Case No.** C 04 4949 PJH (EMC) |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | Date: March 7, 2007 |
| LAWRENCE J. MAZZOLA, et al., | Time: 9:00 a.m. |
| | Courtroom: 3, 17th Floor |
| Defendants. | Judge: Hon. Phyllis J. Hamilton |

MANUAL FILING NOTIFICATION
Case No. C 04 4949 PJH (EMC)

# MANUAL FILING NOTIFICATION

Regarding: Declaration of Richard L. Milsner in Support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment. The documents listed below were filed in paper or physical form only, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing was previously served in hard-copy upon you. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

1. Declaration of Richard L. Milsner in Support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment, Exhibit 1 which is a copy of the Asset Purchase Agreement by and between Richard L. Milsner, As Trustee of UA Local 38 Convalescent Trust and Local 38 Lakeside Haven and Kenwood Investments, LLC dated November 21, 2006.

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): Poor quality of document, ECF system rejects because it cannot image.

Dated: February 14, 2007

Respectfully submitted,

JONES DAY

By: /s/ Elaine Wallace
     Elaine Wallace

SFI-561148v1