UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAINE CHAO, Secretary of Labor,
United States Department of Labor,

      Plaintiff,

  v.

LAWRENCE MAZZOLA, et al.

      Defendants.
_____/

No. C 04-4949 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Zimmerman to conduct a settlement conference. The parties have already been advised of Judge Zimmerman's availability on May 15, 2007. By this notice the parties are advised of an alternative date for the conference of June 7, 2007. The parties are ordered to confer about these two dates and to advise the court's clerk by telephone no later than Friday, May 11, 2007, which date is preferable. These are the **only two dates** available. The conference which will commence at 9:00 a.m on either date that is selected.

Counsel for each party shall appear at the conference along with individual defendants and an appropriate representative of each entity party (including the Secretary of Labor, U.S. Department of Labor) possessing settlement authority.

An order confirming the conference date will be entered as soon as the parties notify the court as set forth above.

**IT IS SO ORDERED.**

Dated: May 9, 2007

                                                                                 _____
                                                                                 PHYLLIS J. HAMILTON
                                                                                 United States District Judge

cc: Judge Zimmerman
    Wings Hom