UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAINE CHAO, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

    v.

LAWRENCE MAZZOLA, et al.,

    Defendants.
_____/

No. C 04-4949 PJH

**ORDER RE SETTLEMENT CONFERENCE**

The parties having notified the court that they prefer the May 15, 2007 date for settlement conference before Magistrate Judge Zimmerman, that date at 9:00 a.m. is confirmed. Counsel shall contact Judge Zimmerman's chambers on Monday morning for instructions as to the e-filing or faxing of any settlement conference statements.

**IT IS SO ORDERED.**

Dated: May 11, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Judge Zimmerman