1  James P. Baker (State Bar No. 096302)
   Heather L. Reinschmidt (State Bar No. 217977)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:   (415) 626-3939
4  Facsimile:    (415) 875-5700
   Email:  jpbaker@jonesday.com
5  Email:  hreinschmidt@jonesday.com

6

E-Filing

FILED

OCT 2 2 2007

7  Attorneys for Defendants
   Lawrence J. Mazzola; Lawrence Mazzola, Jr;
   William B. Fazande; Larry Lee; James R. Shugrue;
8  Vohon J. Kazarian; Tom Irvine; Robert E. Buckley;
   Robert Buckley, Jr; Art Rud; Ron Fahy; Robert
9  Nurisso; Frank Sullivan; U.A. Local 38 Pension
   Trust Fund; U.A. Local 38 Health & Welfare Trust
10 Fund; U.A. Local 38 Apprentice & Journeyman
   Training Trust Fund; U.A. Local 38 Scholarship
11 Trust Fund; U.A. Local 38 Vacation and Holiday
   Trust Fund; U.A. Local 38 Convalescent Trust Fund
12 and Richard L. Milsner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>Defendants. | Case No. C 04 4949 PJH (EMC)<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL AND ORDER** |
|---|---|

Pursuant to Local Rule 11-5 of the United States District Court for the Northern District of California, Heather Reinschmidt (the "Withdrawing Attorney") formerly an associate with the Jones Day law firm hereby notifies the parties and the Court of her intent to individually withdraw as an attorney of record on behalf of Defendants Lawrence J. Mazzola; Lawrence Mazzola, Jr; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A.

**NOTICE OF WITHDRAWAL**
Case No. C 04 4949 PJH  (EMC)

1  Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38
2  Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A.
3  Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund and
4  Richard L. Milsner (the "Mazzola Defendants") in the above-captioned action.

5       This withdrawal will not cause any undue delay to the parties or to the Court in the
6  ultimate resolution of this action as the Mazzola Defendants have been and continue to be
7  represented by Jones Day through James P. Baker. Accordingly, Withdrawing Attorney
8  respectfully requests that this Court approve this withdrawal.

DATED: October 19, 2007         JONES DAY

By: /s/ Heather Reinschmidt

Heather Reinschmidt

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr;
William B. Fazande; Larry Lee; James R.
Shugrue; Vohon J. Kazarian; Tom Irvine;
Robert E. Buckley; Robert Buckley, Jr; Art Rud;
Ron Fahy; Robert Nurisso; Frank Sullivan; U.A.
Local 38 Pension Trust Fund; U.A. Local 38
Health & Welfare Trust Fund; U.A. Local 38
Apprentice & Journeyman Training Trust Fund;
U.A. Local 38 Scholarship Trust Fund; U.A.
Local 38 Vacation and Holiday Trust Fund; U.A.
Local 38 Convalescent Trust Fund and Richard L.
Milsner

**IT IS SO ORDERED.**
Dated: 10/22/07

_____
The Honorable Judge Phyllis J. Hamilton
United States District Court Judge

SFI-571662v1