1  James P. Baker (CA096302)
   jpbaker@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
3  San Francisco, CA  94111-5802
   Telephone:     (415) 591.1000
4  Facsimile:     (415) 591.1400

5  Attorneys for Defendants
   Lawrence J Mazzola; Lawrence Mazzola, Jr; William B
6  Fazande; Larry Lee; James R. Shugrue; Vohon J.
   Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley,
7  Jr; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan;
   U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health
8  & Welfare Trust Fund; U.A. Local 38 Apprentice &
   Journeyman Training Trust Fund; U.A. Local 38
9  Scholarship Trust Fund; U.A. Local 38 Vacation and
   Holiday Trust Fund; U.A. Local 38 Convalescent Trust
10 Fund and Richard L. Milsner

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>　　　　　　Plaintiff,<br><br>v.<br>LAWRENCE J. MAZZOLA, et al.,<br><br>　　　　　　Defendants. | **Case No. C 04 4949 PJH (EMC)**<br><br>**SUBSTITUTION OF COUNSEL AND ORDER** |

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

PLEASE TAKE NOTICE that, as of January 4, 2010, the law firm of Winston & Strawn is hereby substituted for Jones Day as attorneys of record in this action for Defendants Lawrence J. Mazzola; Lawrence Mazzola, Jr; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38 Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A. Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund, and Richard L. Milsner.

1. Service upon the above-named Defendants of all papers in this action should be made to:

James P. Baker, Esq.
Winston & Stawn
101 California Street, 39th Floor
San Francisco, CA 94111
Telephone: 415.591.10000
Facsimile: 415.591.1400

2. This substitution is consented to and approved by:

Dated: May 24, 2010.

LAWRENCE J MAZZOLA; LAWRENCE MAZZOLA, JR; WILLIAM B. FAZANDE; LARRY LEE; JAMES R. SHUGRUE; VOHON J. KAZARIAN; TOM IRVINE; ROBERT E. BUCKLEY; ROBERT BUCKLEY, JR; ART RUD; RON FAHY; ROBERT NURISSO; FRANK SULLIVAN; U.A. LOCAL 38 PENSION TRUST FUND; U.A. LOCAL 38 HEALTH & WELFARE TRUST FUND; U.A. LOCAL 38 APPRENTICE & JOURNEYMAN TRAINING TRUST FUND; U.A. LOCAL 38 SCHOLARSHIP TRUST FUND; U.A. LOCAL 38 VACATION AND HOLIDAY TRUST FUND; U.A. LOCAL 38 CONVALESCENT TRUST FUND, AND RICHARD L. MILSNER

_____
Lawrence Mazzola, Jr.
On behalf of all of the above-listed Defendants

1     We accept this substitution.

2 Dated: May 25, 2010.                       WINSTON & STRAWN

By: /s/ James P. Baker
     James P. Baker

Counsel for Defendants
LAWRENCE J MAZZOLA; LAWRENCE MAZZOLA, JR; WILLIAM B. FAZANDE; LARRY LEE; JAMES R. SHUGRUE; VOHON J. KAZARIAN; TOM IRVINE; ROBERT E. BUCKLEY; ROBERT BUCKLEY, JR; ART RUD; RON FAHY; ROBERT NURISSO; FRANK SULLIVAN; U.A. LOCAL 38 PENSION TRUST FUND; U.A. LOCAL 38 HEALTH & WELFARE TRUST FUND; U.A. LOCAL 38 APPRENTICE & JOURNEYMAN TRAINING TRUST FUND; U.A. LOCAL 38 SCHOLARSHIP TRUST FUND; U.A. LOCAL 38 VACATION AND HOLIDAY TRUST FUND; U.A. LOCAL 38 CONVALESCENT TRUST FUND, AND RICHARD L. MILSNER

IT IS SO ORDERED.

Dated: June 1, 2010

_____
THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT COURT

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (signed seal)*

SF:282743.1

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5894

2

SUBSTITUTION OF COUNSEL AND ORDER
Case No. C **04 4949 PJH (EMC)**