```
 1  James P. Baker (CA 096302)
    Baker & McKenzie LLP
 2  Baker & McKenzie LLP
    Two Embarcadero Center, 11th Floor
 3  San Francisco, CA  94111
    Telephone: 415.591.3232
 4  Fax:        415.576.3099
    Email:      james.baker@bakermckenzie.com
 5
    Attorneys for Defendants
 6  Lawrence J. Mazzola; Lawrence Mazzola, Jr.;
    William B. Fazande; Larry Lee; James R. Shugrue;
 7  Vohon J. Kazarian; Tom Irvine; Robert E. Buckley;
    Robert Buckley, Jr.; Art Rud; Ron Fahy; Robert
 8  Nurisso; Frank Sullivan; U.A. Local 38 Pension
    Trust Fund; U.A. Local 38 Health & Welfare Trust
 9  Fund; U.A. Local 38 Apprentice & Journeyman
    Training Trust Fund; U.A. Local 38 Scholarship
10  Trust Fund; U.A. Local 38 Vacation and Holiday
    Trust Fund; U.A. Local 38 Convalescent Trust Fund
11  and Richard L. Milsner
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>Defendants. | Case No.  Case No. C 04 4949 PJH (EMC)<br><br>**SUBSTITUTION OF COUNSEL AND ORDER** |

PLEASE TAKE NOTICE that, as of February 22, 2012, the law firm of Baker & McKenzie is hereby substituted for Winston & Strawn as attorneys of record in this action for Defendants Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr.; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38 Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A. Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund and Richard L. Milsner.

Baker & McKenzie LLP
Two Embarcadero Center,
11th Floor
San Francisco, CA 94111
415.

SFODMS/6643680.1

1

Case No C 04 4949 PJH (EMC)
SUBSTITUTION OF COUNSEL AND ORDER

1) Service upon the above-named Defendants of all papers in this action should be made to:

James P. Baker (CA 096302)
james.baker@bakermckenzie.com
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: 415.591.3232
Fax: 415.576.3099

2) This substitution is consented to and approved by:

Dated: February 24, 2012

Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr.; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38 Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A. Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund and Richard L. Milsner

By: _____
Lawrence Mazzola, Jr.
On behalf of all of the above-listed Defendants

Baker & McKenzie LLP
Two Embarcadero Center,
11th Floor
San Francisco, CA 94111
415.

SFODMS/6643680.1

2

Case No C 04 4949 PJH (EMC)
SUBSTITUTION OF COUNSEL AND ORDER

1  We accept this substitution.

2  Dated: February 24, 2012    BAKER & McKENZIE LLP

3

4  By: /s/ James P. Baker
         James P. Baker

5  Counsel for Defendants

6  Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B.
7  Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian;
   Tom Irvine; Robert E. Buckley; Robert Buckley, Jr.; Art
8  Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A.
   Local 38 Pension Trust Fund; U.A. Local 38 Health &
9  Welfare Trust Fund; U.A. Local 38 Apprentice &
   Journeyman Training Trust Fund; U.A. Local 38
10 Scholarship Trust Fund; U.A. Local 38 Vacation and
   Holiday Trust Fund; U.A. Local 38 Convalescent Trust
11 Fund and Richard L. Milsner

12 IT IS SO ORDERED.

13

14 Dated: April 4, 2012.

15 THE HON. PHYLLIS J. HAMILTON
   U.S. DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*

Baker & McKenzie LLP
Two Embarcadero Center,
11th Floor
San Francisco, CA 94111
415.

SFODMS/6643680.1

3

Case No C 04 4949 PJH (EMC)
SUBSTITUTION OF COUNSEL AND ORDER