James P. Baker (CA 096302)
**Baker & McKenzie LLP**
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: 415.591.3232
Fax:       415.576.3099
Email:    james.baker@bakermckenzie.com

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr.;
William B. Fazande; Larry Lee; James R. Shugrue;
Vohon J. Kazarian; Tom Irvine; Robert E. Buckley;
Robert Buckley, Jr.; Art Rud; Ron Fahy; Robert
Nurisso; Frank Sullivan; U.A. Local 38 Pension
Trust Fund; U.A. Local 38 Health & Welfare Trust
Fund; U.A. Local 38 Apprentice & Journeyman
Training Trust Fund; U.A. Local 38 Scholarship
Trust Fund; U.A. Local 38 Vacation and Holiday
Trust Fund; U.A. Local 38 Convalescent Trust Fund
and Richard L. Milsner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, et al.,<br><br>Defendants. | Case No.  Case No. C 04 4949 PJH (EMC)<br><br>**SUBSTITUTION OF COUNSEL AND ORDER** |

PLEASE TAKE NOTICE that, as of February 22, 2012, the law firm of Baker & McKenzie is hereby substituted for Winston & Strawn as attorneys of record in this action for Defendants Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr.; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38 Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A. Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund and Richard L. Milsner.

Baker & McKenzie LLP
Two Embarcadero Center,
11th Floor
San Francisco, CA 94111
415.

SFODMS/6643680.1

1

Case No C 04 4949 PJH (EMC)
SUBSTITUTION OF COUNSEL AND ORDER

1)  Service upon the above-named Defendants of all papers in this action should be made to:

    James P. Baker (CA 096302)
    james.baker@bakermckenzie.com
    Baker & McKenzie LLP
    Two Embarcadero Center, 11th Floor
    San Francisco, CA 94111
    Telephone: 415.591.3232
    Fax: 415.576.3099

2)  This substitution is consented to and approved by:

Dated: February 24, 2012

Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr.; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38 Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A. Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund and Richard L. Milsner

By: _____
Lawrence Mazzola, Jr.
On behalf of all of the above-listed Defendants

Baker & McKenzie LLP
Two Embarcadero Center,
11th Floor
San Francisco, CA 94111
415.

SFODMS/6643680.1

2

Case No C 04 4949 PJH (EMC)
SUBSTITUTION OF COUNSEL AND ORDER

1 | We accept this substitution.

2 | Dated: February 24, 2012    BAKER & McKENZIE LLP

4 | By: /s/ James P. Baker
James P. Baker

Counsel for Defendants

Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr.; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38 Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A. Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund and Richard L. Milsner

12 | IT IS SO ORDERED.

14 | Dated: April 4, 2012.

THE HON. PHYLLIS J. HAMILTON
U.S. DISTRICT JUDGE

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

Baker & McKenzie LLP
Two Embarcadero Center,
11th Floor
San Francisco, CA 94111
415.

SFODMS/6643680.1

3

Case No C 04 4949 PJH (EMC)
SUBSTITUTION OF COUNSEL AND ORDER