James P. Baker (SBN 096302)
james.baker@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendants
Lawrence J. Mazzola, *et al*.

Wayne R. Berry, Senior Trial Attorney
DC Bar #429661
berry.wayne@dol.gov
Office of the Solicitor,
Plan Benefits Security Division
**U.S. Department of Labor**
200 Constitution Avenue, N-4611
Washington, D.C. 20210
Telephone: +1 202 693 5600
Facsimile:  +1 202 693 5610

Attorney for Plaintiff
U.S. Secretary of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of the United States Department of Labor,[1]<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. MAZZOLA, ET AL.,<br><br>Defendants. | Civil Case No.  C04-04949 PJH<br><br>**JOINT STIPULATION TO MODIFY CONSENT ORDER AND [PROPOSED] ORDER** |

---

[1] This action was commenced and settled in the name of Elaine L. Chao, former Secretary of the U.S. Department of Labor. On April 28, 2017, R. Alexander Acosta became the Secretary. Therefore, Mr. Acosta is being automatically substituted for Ms. Chao as the Plaintiff, pursuant to Federal Rule of Civil Procedure 25(d). The caption of this action is amended accordingly.

Plaintiff R. Alexander Acosta, Secretary of the United States Department of Labor ("Plaintiff" or "Secretary") and Defendants Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr.; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38 Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A. Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund and Richard L. Milsner (collectively, "Defendants") hereby stipulate and agree as follows:

RECITALS

1.  This Court entered a Consent Order on August 17, 2007 in the matter of <u>Elaine L. Chao v. Lawrence J. Mazzola, et al.</u>, USDC N.D. Cal., Case No. C04-04949 PJH (the "Consent Order"). As indicated in footnote 1, the current Secretary of Labor, R. Alexander Acosta, is automatically substituted for former Secretary of Labor, Elaine L. Chao.

2.  On February 26, 2018, Defendants filed a Motion to Modify Consent Decree (the "Motion").

3.  At the time the Consent Order was entered into in 2007, the U.A. Local 38 Union had a $6 million (six million dollar) outstanding loan ("Local 38 Loan") to the Convalescent Trust Fund which owns the Konocti Harbor Resort & Spa ("Konocti Harbor").

4.  In recognition of the Local 38 Loan, the Consent Order provides that the first $4 million (four million dollars) in proceeds from any sale of the Konocti Harbor go toward paying off the Local 38 Loan. The U.A. Local 38 Defined Benefit Pension Plan ("Pension Plan") then receives the next $6 million (six million dollars) in proceeds from a sale of Konocti Harbor.

5.  The Motion states that since the time the Consent Order was entered by the Court, the Local 38 Loan has been fully repaid. As a result, all of the proceeds from any sale of Konocti Harbor should rightfully flow to the Pension Plan. However, under the terms of the Consent Order, not all of the sale proceeds can go to the Pension Plan.

6.  Section V of the Consent Order, titled "Independent Fiduciary" provides at subsection G as follows:

1    In the event Konocti [Harbor] is sold, the Independent Fiduciary shall allocate and
2    distribute the proceeds from the sale as follows:

3    (1)   Local 38 will receive the first $4 million (four million dollars) owed to
4    Local 38 on the outstanding principal balance and unpaid interest on its loan, originating
5    on September 29, 2000 and as subsequently rewritten and amended through June 14,
6    2007, to the Convalescent Fund (hereinafter the "Loan"), with such outstanding principal
7    balance and unpaid interest to be calculated as of the date or dates of distribution of the
8    sales proceeds.

9    (2)   The Pension Plan shall receive the next $6 million (six million dollars).

10   (3)   Local 38 and the Pension Plan shall, when the buyer pays each installment
11   of any additional sales proceeds, share any additional proceeds equally until the
12   outstanding balance on the Loan is repaid.

13   (4) After payments (1) through (3) have been made, the Pension Plan shall receive
14   the remainder of the sales proceeds.

15   7.   The parties have reached an agreement regarding the modification to the Consent
16   Order, obviating the need for the Court to rule on the Motion.

17   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the
18   undersigned parties, that:

19   The parties request that the Court modify Article V, subsection G, by replacing the current
20   language with the following:

21   In the event Konocti is sold, the Independent Fiduciary shall allocate and distribute the
22   proceeds from the sale as follows:

23   (1)   The U.A. Local 38 Defined Benefit Pension Plan shall receive all of the
24   sale proceeds.

25   (2)   Within 30 days of the closing of any sale of Konocti:
26   a)   WhiteStar will provide the Secretary with a copy of the completed
27        sales agreement and all associated documents detailing the sales
28        proceeds and expenses;

1      b)    WhiteStar or the Administration Office for the U.A. Local 38 Defined Benefit Pension Plan will provide a bank confirmation of the Convalescent Trust Fund's receipt of the sales proceeds (minus any expenses); and

       c)    The Administration Office or the U.A. Local 38 Defined Benefit Pension Plan will provide the Secretary with a copy of the bank confirmation showing the Pension Plan's receipt of the Konocti sales proceeds.

Except as specifically provided in this Order, all other terms and conditions of the Consent Order remain unchanged and in full effect.

**IT IS SO ORDERED.**

Dated: __March 9, 2018__     _____
                             Honorable Phyllis J. Hamilton
                             UNITED STATES DISTRICT COURT JUDGE

                             Respectfully submitted,

Dated: March 9, 2018         For the Secretary:

                             NICHOLAS C. GEALE
                             Acting Solicitor of Labor

                             G. WILLIAM SCOTT
                             Associate Solicitor

                             By: /s/ Wayne R. Berry
                                    Wayne R. Berry

                             Attorneys for Plaintiff
                             R. ALEXANDER ACOSTA, Secretary of Labor
                             United States Department of Labor

/ / /

Dated:  March 9, 2018                                BAKER & McKENZIE LLP

By:   /s/ James P. Baker
              James P. Baker

Attorneys for Defendants
Lawrence J. Mazzola; Lawrence Mazzola, Jr.; William B. Fazande; Larry Lee; James R. Shugrue; Vohon J. Kazarian; Tom Irvine; Robert E. Buckley; Robert Buckley, Jr.; Art Rud; Ron Fahy; Robert Nurisso; Frank Sullivan; U.A. Local 38 Pension Trust Fund; U.A. Local 38 Health & Welfare Trust Fund; U.A. Local 38 Apprentice & Journeyman Training Trust Fund; U.A. Local 38 Scholarship Trust Fund; U.A. Local 38 Vacation and Holiday Trust Fund; U.A. Local 38 Convalescent Trust Fund and Richard L. Milsner

**Signature Attestation**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:   March 9, 2018                                BAKER & McKENZIE LLP

By:   /s/ James P. Baker
              James P. Baker